**Opinion issued May 4, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-20-00822-CV**

———————————

**ALEX R. HERNANDEZ, JR. PLLC AND ALEX R. HERNANDEZ, JR.,**
**Appellants**

**V.**

**THE ADDICTION, LLC AND TAMMIE BROWN, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-18795**

---

## MEMORANDUM OPINION

Appellants, Alex R. Hernandez, Jr. PLLC and Alex R. Hernandez, Jr., have filed an unopposed motion to dismiss their appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.